UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY ALLEN,

    Plaintiff,

v.                                Case No. 6:23-cv-00298-PGB-LHP

FIAT-CHRYSLER/STELLANTIS[1],

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, FIAT-CHRYSLER/STELLANTIS, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    - **Not applicable.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[2]]

    - **Not applicable.**

---

[1] The proper name of the Defendant is FCA US LLC.
[2] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    - **Plaintiff, Jeffrey Allen**
    - **Plaintiff's Counsel, Jerry Girley. Esq., The Girley Law Firm, PA**
    - **Defendant, FCA US LLC**
    - **Defendant's Counsel, Ignacio J. Garcia, Esq. and Stephanie C. Generotti Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
    - **Stellantis N.V.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    - **FCA US LLC is a Delaware limited liability company and a wholly-owned subsidiary of Stellantis N.V. (formerly known as Fiat Chrysler Automobiles N.V.). Stellantis N.V. is a publicly-traded company organized and existing under the laws of The Netherlands with its principal place of business in the Netherlands.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    - **None.**

6. Identify each person arguably eligible for restitution:

    - **None.**

☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: March 7, 2023.

        Respectfully submitted,

        */s/* **Stephanie C. Generotti**
        Ignacio J. Garcia, Esq.
        Florida Bar No.: 423440
        Stephanie C. Generotti, Esq.
        Florida Bar No. 112924
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        100 North Tampa Street, Suite 3600
        Tampa, Florida 33602
        Telephone: 813.289.1247
        Facsimile: 813.289.6530
        ignacio.garcia@ogletree.com
        stephanie.generotti@ogletree.com
        Secondary E-mail:
        TAMdocketing@ogletree.com;
        karen.ygnelzi@ogletree.com;
        melissa.salazar@ogletree.com
        ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2023, a true and correct copy of the foregoing has been filed with the Clerk of Court via the Florida e-filing system, which will serve a copy of this document electronically to:

        Jerry Girley. Esquire
        THE GIRLEY LAW FIRM, PA
        117 E. Marks Street, Suite A
        Orlando, FL 32803
        phyllis@thegirleylawfirm.com
        *Attorneys for Plaintiff*

        */s/* **Stephanie C. Generotti**
        Attorney