UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY ALLEN

    Plaintiff

vs.                              CASE NO:  6:23-cv-00298-PBG-LHP

FIAT-CHRYSLER/STELLANTS

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

   **Jeffrey Allen**
   **c/o The Girley Law Firm, PA**
   **117 East Marks Street, Suite A**
   **Orlando, Florida 32803**

   **Jerry Girley, Esquire**
   **Attorney for Plaintiff**
   **117 East Marks Street, Suite A**
   **Orlando, Florida 32803**

   **FIAT-CHRYSLER/STELLANTIS**
   **Ignacio J. Garcia, Esquire**
   **Attorney for Defendant**
   **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
   **100 N. Tampa Street, Suite 3600**
   **Tampa, FL  33602**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**FIAT-CHRYSLER/STELLANTIS**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Jeffrey Allen**

5. **X**   a. I certify that I am unaware or any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
             -or-
   ____b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:  (explain)

March 14, 2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using the CM/ECF filing system on this 14th day of March 2023.

/s/ Jerry Girley
Jerry Girley, Esquire
Florida Bar No. 35771
The Girley Law Firm, PA
117 E. Marks Street, Suite A
Orlando, FL 32803
Tel: (407) 540-9866
Fax: (407) 540-9867
phyllis@thegirleylawfirm.com